

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00330-CV

| | | |
|---|---|---|
| YUE QI, Appellant | § | On Appeal from the 462nd District Court |
| | § | of Denton County (17-10422-362) |
| V. | § | October 28, 2021 |
| HANYANG AN AND RUOLIN WANG, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part.

We affirm the default judgment as to both liability and the damages on Appellees' claims for breach of contract, "claim on note," fraud, theft, conversion, negligent misrepresentation, money had and received, and unjust enrichment.

We reverse the damages awarded for indemnity, we reverse the portion of the judgment awarding attorneys' fees, and we remand this case to the trial court to

modify the default judgment to delete the award attributed to the unpleaded indemnity claim and to redetermine attorneys' fees.

It is further order that Appellant Yue Qi and Appellees Hanyang An and Ruolin Wang shall split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel